UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREE J. EMSLEY,

    Plaintiff,

  v.

PROVIDENCE HEALTH SYSTEM-
WASHINGTON, a Washington corporation,
*dba* PROVIDENCE ST. PETER HOSPITAL
and *dba* PROVIDENCE WASHINGTON
REGIONAL SERVICES,

    Defendant.

Case No. C06-5012FDB

ORDER GRANTING PLAINTIFF'S
MOTION FOR RECONSIDERATION,
SETTING BRIEFING SCHEDULE,
AND RENOTING DEFENDANT'S
MOTION TO DISMISS

    Defendant's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) was granted March 6, 2006, noting that Plaintiff failed to file a response. Plaintiff now moves for reconsideration citing inexperience with the electronic filing system and a problem with Plaintiff's Counsel's own computer equipment. Under the circumstances, and in the interest of having the motion to dismiss fully briefed, Plaintiff's motion for reconsideration will be granted and a briefing schedule set.

    ACCORDINGLY, IT IS ORDERED:

1.   Plaintiff shall file a response to Defendant's Motion to Dismiss [Dkt. # 7] by no later than April 14, 2006;

2.   Defendant shall file a reply by no later than April 19, 2006.

3.   The Clerk shall renote Defendant's Motion to Dismiss [Dkt. # 7] for consideration April 21, 2006.

DATED this 28th day of March, 2006.

                                      FRANKLIN D. BURGESS
                                      UNITED STATES DISTRICT JUDGE

ORDER - 1